Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
Shaamini A. Babu, Esq. (SBN 230704)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com
sbabu@sjlawcorp.com

Attorneys for Plaintiff
BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUNDS, et al.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CREATIVE DRYWALL FINISHING & TEXTURING, a California Corporation, and RICHARD ALLAN DECOLLIBUS, an Individual,<br><br>    Defendants. | Case No.:  C08-5238 SC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants CREATIVE DRYWALL FINISHING & TEXTURING, and RICHARD ALLAN DECOLLIBUS.  Defendants have neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendants.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-5238 SC

P:\CLIENTS\PATCL\Creative Drywall Finishing\Pleadings\C08-5238 SC Notice of Voluntary Dismissal 060309.DOC

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

Executed this 3rd day of June, 2009, at San Francisco, California.

                                        SALTZMAN & JOHNSON
                                        LAW CORPORATION

                                        By:_____/s/_____
                                              Michele R. Stafford
                                              Attorneys for Plaintiffs

IT IS SO ORDERED.

This case is dismissed without prejudice and the Court shall retain jurisdiction over this matter.

Date:_____6/4/09_____          _____
                                         UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Samuel Conti]*

|   |   |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |
| 2 | I, the undersigned, declare: |
| 3 | I am a citizen of the United States and am employed in the County of San Francisco, State |
| 4 | of California.  I am over the age of eighteen and not a party to this action.  My business address is |
| 5 | 44 Montgomery Street, Suite 2110, San Francisco, California 94104. |
| 6 | On June 3, 2009, I served the following document(s): |
| 7 | **NOTICE OF VOLUNTARY DISMISSAL** |
| 8 | on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of |
| 9 | each document in a sealed envelope with postage thereon fully prepaid, in a United States Post |
| 10 | Office box in San Francisco, California, addressed as follows: |

**Richard Allan DeCollibus**       **Richard Allan DeCollibus**
**Creative Drywall Finishing & Texturing**       **5 Coronado Avenue, #137**
**5 Coronado Avenue, #137**       **Daly City, CA 94105**
**Daly City, CA 94105**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 3rd day of June, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
NOTICE OF VOLUNTARY DISMISSAL
Case No.: C08-5238 SC

P:\CLIENTS\PATCL\Creative Drywall Finishing\Pleadings\C08-5238 SC Notice of Voluntary Dismissal 060309.DOC